IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: Case No. 1:14-cv-02362-WYD

Diana Whipple,

    Plaintiff/Movant,

Westhill Exchange LLC,

    Defendant.

## NOTICE OF SETTLEMENT

    NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: December 16, 2014

    Respectfully submitted,

    By: ___/s/ Jenny DeFrancisco___

    Jenny DeFrancisco, Esq.
    CT Bar No.: 432383
    LEMBERG LAW LLC
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile: (203) 653-3424
    E-mail: jdefrancisco@lemberglaw.com
    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 16, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By  */s/ Jenny DeFrancisco*
                   Jenny DeFrancisco, Esq.