IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02362-WYD-CBS

DIANA WHIPPLE,

    Plaintiff,

v.

WESTHILL EXCHANGE, LLC,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) filed February 13, 2015 (ECF No. 12), it is

ORDERED that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  February 17, 2015

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Senior United States District Judge